**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6612**

PAUL D. SHEGONEE,

        Petitioner - Appellant,

    v.

WARDEN STREEVAL,

        Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Chief District Judge.  (7:21-cv-00162-MFU-PMS)

Submitted:  August 8, 2023                    Decided:  August 11, 2023

Before KING, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Paul D. Shegonee, Appellant Pro Se.  S. Cagle Juhan, OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul D. Shegonee, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 petition for lack of jurisdiction. In light of the Supreme Court's recent decision in *Jones v. Hendrix*, 143 S. Ct. 1857, 1868-69 (2023) (holding that petitioner cannot use § 2241 petition by way of the savings clause in 28 U.S.C. § 2255(e) to mount successive collateral attack on validity of federal conviction), we conclude that Shegonee cannot pursue his claim in a § 2241 petition.

Accordingly, we affirm the district court's order dismissing Shegonee's § 2241 petition. *Shegonee v. Streeval*, No. 7:21-cv-00162-MFU-PMS (W.D. Va. May 3, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2